NICHOLAS BUCCI, as Receiver, etc., Respondent, v. ALEXANDER T. HUSSEY, Substituted as Defendant in Place and Stead of EMPIRE TRUST COMPANY,

Appellant.— Determination affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.